UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 10-81 PAM/JJG |
| Plaintiff, ) | |
| ) | (29 U.S.C. § 501(c)) |
| v. ) | |
| CORY A. CARROLL, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

AT ALL TIMES RELEVANT TO THIS INDICTMENT:

1. Transportation of goods by railroad was an industry that affected interstate commerce.

2. The Regional and Shortline General Committee of Adjustment of the Brotherhood of Locomotive Engineers and Trainmen (the "GCA") was a labor organization whose membership was primarily composed of employees of railroad companies, and the GCA was, therefore, a labor organization engaged in an industry that affected interstate commerce.

3. The Defendant, CORY A. CARROLL, was an officer, specifically Secretary-Treasurer, of the Regional and Shortline General Committee of Adjustment of the Brotherhood of Locomotive Engineers and Trainmen.

### COUNT 1
(Theft and Embezzlement from a Labor Organization)

From at least as early as on or about February 2007 through and including on or about March 2009, in the State and District of Minnesota, the defendant,

SCANNED
APR 0 6 2010
U.S. DISTRICT COURT ST. PAUL

FILED APR 0 6 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

<u>United States v. Cory A. Carroll</u>

**CORY A. CARROLL,**

did knowingly and willfully embezzle, steal, and convert to his own use approximately $35,000 of monies, funds, and property of the Regional and Shortline General Committee of Adjustment of the Brotherhood of Locomotive Engineers and Trainmen, in violation of Title 29, United States Code, Section 501(c).


A TRUE BILL


_____        _____
UNITED STATES ATTORNEY              FOREPERSON