UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,               Cr. No. 10-81 (PAM/JJG)

      Plaintiff,

v.                                      **ORDER**

Cory Carroll,

      Defendant.

---

The above entitled action came before the Court on Defendant's Motion to Exclude Time Under the Speedy Trial Act and Continue Trial Date. Based on Defendant's motion, the Court finds that the ends of justice served by continuing this case outweighs the interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant the motion for a continuance would deny Defendant continuity of counsel and would deny Defendant's counsel the reasonable time necessary for effective preparation in litigating this case. Id. § 3161(h)(7)(B)(iv).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant's Motion (Docket No. 14) is **GRANTED**;

2. Trial will commence at 9 a.m. on Monday, August 2, 2010; and

3. The period of time between entry of this order and August 2, 2010, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: June 9, 2010

                                             s/Paul A. Magnuson
                                             Paul A. Magnuson
                                             United State District Judge